O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH WAYNE AGNEW, | ) | Case No. ED CV 12-59-VAP (SP) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| VICTORVILLE POLICE JAIL SGT., et al., | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered dismissing the Second Amended Complaint and this action without prejudice.

DATED: August 21 2012

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE