Priority ___
Send ___
Enter ___
Closed ___
~~JS-5~~/JS-6 ✓
JS-2/JS-3 ___
~~Scan Only~~ ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WAYNE AGNEW, | Case No. ED CV 12-59-VAP (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| VICTORVILLE POLICE JAIL SGT., et al., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without prejudice.

Dated: Aug 21 2012

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE